William H. Webster, plaintiff in error, v. L. H. Coleman et al., defendants in error.

Bill by judgment creditor to redeem from redemption sale. Bill dismissed. Error to the Circuit Court of Sangamon county; the Hon. Elbert S. Smith, Judge, presiding. Heard in this court at the April term, 1918. Affirmed. Opinion filed October 22, 1918.

Keithley & Keithley, for plaintiff in error. Barber & Barber, for defendants in error.

Mr. Justice Graves delivered the opinion of the court.

---

Darling & Company, appellant, v. Wright & Sharp (a corporation), appellee.

Action on contract to recover money advanced in excess of goods received. Judgment for defendant. Appeal from the County Court of Sangamon county; the Hon. J. B. Weaver, Judge, presiding. Heard in this court at the April term, 1918. Reversed and judgment here. Opinion filed October 22, 1918.

Barber & Barber, for appellant. John G. Friedmeyer, for appellee.

Mr. Justice Graves delivered the opinion of the court.

---

S. Emma Polson, by Ingra J. Miller, plaintiff in error, v. C. B. Wiggins, defendant in error.

Trial of right of property. Judgment for defendant. Error to the County Court of Champaign county; the Hon. Roy C. Freeman, Judge, presiding. Heard in this court at the April term, 1917. Affirmed. Opinion filed October 22, 1918.

O. R. Middleton and Herrick & Herrick, for plaintiff in error. Dobbins & Dobbins, for defendant in error.

Mr. Justice Graves delivered the opinion of the court.

---

The People of the State of Illinois, appellee, v. James C. Norman et al. Bee King, appellant.

Contempt for violation of injunction against maintenance of assignation house. Appeal from the Circuit Court of McLean county; the Hon. Sain Welty, Judge, presiding. Heard in this court at the April term, 1918. Affirmed. Opinion filed October 22, 1918.

D. J. Sammon, for appellant. O'Connell & Dolan, for appellee.

Mr. Justice Graves delivered the opinion of the court.

---

Georgia R. Montgomery, appellee, v. Chicago & Alton Railroad Company, appellant.

Action to recover for personal injuries sustained in falling at entrance to passenger station. Judgment for plaintiff. Appeal from the Circuit Court of Morgan county; the Hon. Elbert S. Smith, Judge, presiding. Heard in this court at the April term, 1918. Reversed and remanded. Opinion filed October 22, 1918.

Wilson & Butler, for appellant. William N. Hairgrove and Bellatti, Bellatti & Moriarty, for appellee.

Mr. Justice Graves delivered the opinion of the court.